**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Michael SERGE, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 25, 2004.

***ORDER***

PER CURIAM.

AND NOW, this 25th day of August, 2004, the petition for allowance of appeal is granted limited to the issue of whether the admission of a computer-generated animation depicting the Commonwealth's theory of the case was proper. It is further ordered that the trial court is directed to appoint counsel to represent Petitioner/Appellant within thirty days of this order. Appointed counsel shall then immediately enter his or her appearance with this Court.

Jurisdiction retained.

**In re BUCKS COUNTY INVESTIGATING GRAND JURY.**

**Appeal of Voicenet Communications, Inc., Omni Telecom, Inc. Brian Adelson.**

Supreme Court of Pennsylvania.

Aug. 30, 2004.

***ORDER***

PER CURIAM.

**AND NOW,** this 30th day of August, 2004, the above captioned appeal is quashed.